JS-6/ENTER

FILED
CLERK, U.S. DISTRICT COURT
August 17, 1015
CENTRAL DISTRICT OF CALIFORNIA
BY: TS DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GILBERT JOSEPH DAVILA,<br><br>Petitioner,<br><br>v.<br><br>SANDRA PENNYWELL, Warden,<br><br>Respondent. | No. CV 14-04964-DMG (DFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

DATED: August 17, 2015

_____
DOLLY M. GEE
United States District Judge